UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ROBERT NELSON, | ) | |
| Petitioner, | ) | |
| vs. | ) | 1:06-cv-1693-SEB-JMS |
| | ) | |
| CRAIG HANKS, | ) | |
| | ) | |
| Respondent. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 05/29/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Robert Nelson
#973632
New Castle Correctional Facility
P.O. Box A
New Castle, IN 47362

James Blaine Martin
INDIANA STATE ATTORNEY GENERAL
james.martin@atg.in.gov